**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Leo Davis,<br><br>  Plaintiff,<br><br>v.<br><br>David Shinn, et al.,<br><br>  Defendants. | No. CV-21-00015-TUC-JGZ<br><br>**ORDER** |

Good cause appearing,

**IT IS ORDERED**:

1. Defendants' Motion for Extension of Time to Comply with the Court's July 6, 2022 Order (Third Request) (Doc. 75) is **GRANTED**.

2. On or before **September 19, 2022**, Defendants must respond to Plaintiff's discovery requests.

3. Any motion regarding discovery disputes must be filed on or before **October 21, 2022.**

Dated this 5th day of August, 2022.

_____
Honorable Jennifer G. Zipps
United States District Judge